**Willis Floyd WILEY, Plaintiff–
Appellant,**

v.

**Chuck BISCOE, Warden; Dorothy
Burns; Warner Lumpkins; James
Wheeler; Edger Hulipas, Dr.; Faith
Strunk, Nurse Practitioner; T.M. Ad-
kins, Capt.; James Mader, Bldg. Capt.;
Vonda Rafter, Lt.; Ricky Price, Lt.;
Javier Zarate, Lt.; Susan Rivas; Wil-
son Young, Sgt.; David Fanning; Ar-
turo Ramirez; Deborah Hardman, Of-
ficer; Kenneth Tyler, Officer; Lora
Miller, Officer; Dora Taylor, Defen-
dants–Appellees.**

No. 04–41138.

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided April 20, 2005.

Willis Floyd Wiley, Texas Department
of Criminal Justice, Institutional Division
Beto Unit, Tennessee Colony, TX, pro se.

Before JONES, SMITH, and PRADO,
Circuit Judges.

PER CURIAM: *

Willis Floyd Wiley, Texas prisoner
# 753383, appeals the district court's deni-
al of his request for a preliminary injunc-
tion in his civil rights action. Wiley asks
that the defendants, employees of the C.T.
Terrell Unit of the Texas Department of

Criminal Justice—Institutional Division,
be ordered to provide him with access to a
handicapped shower facility until comple-
tion of his civil action. Because Wiley is
no longer incarcerated at the C.T. Terrell
Unit, his claim for injunctive relief is moot.
*See Cooper v. Sheriff, Lubbock County,
Tex.,* 929 F.2d 1078, 1084 (5th Cir.1991);
*Bailey v. Southerland,* 821 F.2d 277, 279
(5th Cir.1987). Consequently, the order of
the district court denying Wiley's request
for a preliminary injunction is AF-
FIRMED.

Wiley also contends that the district
court erred in denying relief on his civil
rights claims. The district court has not
yet addressed the merits of these claims,
and we therefore need not consider these
arguments.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.